IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SLOCUMB LAW FIRM, LLC<br><br>        Plaintiff,<br><br>v.<br><br>ZEKE ROESER, MORGAN WHITLOCK, KEVIN GRACIE, and ROESER & WHITLOCK LLP,<br><br>        Defendants. | Civil Action No. 1:11-cv-01806-EGS<br><br>ECF CASE |

## DECLARATION OF ZEKE ROESER IN OPPOSITION TO PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER

1. My name is Zeke Roeser and I am named as a Defendant in the above-captioned civil action. I am over the age of 18 years and have personal knowledge of the matters set forth in this declaration.

2. I am admitted to practice law in the District of Columbia and in the State of New Jersey.

3. I practiced law as an associate with the Slocumb Law Firm, LLC in the Washington, D.C. office from June 2009 until I resigned on or about October 7, 2011.

4. After I resigned, I started my own firm in the District of Columbia with Morgan Whitlock named Roeser & Whitlock LLP.

5. On or about October 7, 2011, I sent a form letter and an enclosed election form to the clients on whose matters I worked while associated with the Slocumb Law Firm notifying them of my departure. Attached hereto as Exhibit A is a true and correct

1

copy of the form letter, along with the enclosed election form (with client personal information redacted).

6. I did not send a form letter to any clients on whose matters I did not work while associated with the Slocumb Law Firm. I was the primary Slocumb attorney and point of contact for all of the clients to whom I sent letters.

7. Prior to sending the form letters, I contacted a representative of the District of Columbia Bar's legal ethics counsel to obtain an opinion as to whether it was ethically permissible to send a form letter to clients on whose matters I worked while at the Slocumb Law Firm informing them of my departure and their options for future representation. The D.C. Bar's legal ethics counsel representative informed me that such a letter would be appropriate under the D.C. rules governing attorney conduct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this, the 17th day of October, 2011.

_____
Zeke Roeser

# EXHIBIT A

Zeke J. Roeser
Admitted in DC and NJ

Morgan A. Whitlock
Admitted in MD and VA

# Roeser
# &Whitlock, LLP
Personal Injury Attorneys

1325 G Street NW, Suite 500
Washington, DC 20005

Ph. 202.660.4070
Fx. 877.826.6132

October 7, 2011

*Sent via first class mail*



Dear Mr. ▮

    I am writing to inform you that I have left the Slocumb Law Firm. The ethical rules that govern attorneys require that I notify you of my departure and inform you of your options with regard to your case.

    I have started a new firm with Morgan Whitlock, another attorney from the Slocumb Law Firm. The new firm is called Roeser & Whitlock, LLP and our office is located in downtown Washington, DC. I have enjoyed working as your attorney and getting to know you and your case, and I welcome the opportunity to continue to represent you. If you so choose, the firm of Roeser & Whitlock, LLP will handle your case for a fee of one-third (33 1/3 %) of any award obtained.

    You have complete freedom to choose your attorney. You may choose to have me continue to represent you in this matter. You may also choose to remain at the Slocumb Law Firm and have a different attorney assigned to your case. Finally, you may choose to seek other counsel entirely.

    Enclosed you will find a form to fill out and return. You may return it in the enclosed self-addressed, stamped envelope, or fax it to (877) 826-6132. Please initial on the line next to your preference.

    Please feel free to contact me at (202) 277-5135 with any questions regarding this letter or your personal injury case. I can also be reached by email at zeke@randwlaw.com. No matter which option you choose, it has been a pleasure to represent you. I look forward to hearing from you.

Thank you,

Zeke J. Roeser

███████

_____ I choose to retain Roeser & Whitlock, LLP and have Mr. Roeser continue to handle my case.

_____ I choose to retain Slocumb Law Firm, LLC to handle my case.

_____ I choose to seek other counsel.

Signature: _____

Date: _____