IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SLOCUMB LAW FIRM, LLC, ) <br>     Plaintiff ) <br> ) <br> v. ) <br> ) <br> ZEKE J. ROESER, et al., ) <br>     Defendants. ) <br> ) | Case No. 11-CV-1806 EGS |

## JOINT STATUS REPORT

Pursuant to the Court's Scheduling Order of February 8, 2012, undersigned counsel for Roeser & Whitlock LLP, Zeke Roeser, and Morgan Whitlock ("Roeser & Whitlock"), and counsel for the Slocumb Law Firm and Michael Slocumb ("Slocumb"), hereby submit this Joint Status Report.

The Court's Scheduling Order directed the parties to report on two topics – the progress of discovery and the prospects for settlement.

### I. The Progress of Discovery

Discovery is ongoing. Both parties have provided written discovery requests and depositions have begun. Under the Court's Scheduling Order, fact discovery is set to close on April 13, 2012. At this point, the parties believe that fact discovery will be concluded on this time frame.

### II. The Prospects for Settlement

At this point, the Parties believe that settlement is very likely. One issue which separates the parties and is making a final settlement difficult is the resolution of access for Roeser & Whitlock to data in the Needles software program. This access has been the

subject of briefing by the parties, and an evidentiary hearing was held on Monday March 12, 2012 before Magistrate Judge Facciola. The matter is currently under advisement before Magistrate Judge Facciola. Resolution of Roeser & Whitlock's motion for access to the Needles data is seen by both parties as necessary for a final resolution of this matter.

Aside from the motion for access to the Needles data, there are remaining issues between the parties that they hope to negotiate a resolution to quickly. The parties agree that they would like to try to resolve these issues without mediation. If these efforts are unsuccessful, the parties will file a joint request for mediation using the procedure identified in the Court's Scheduling Order.

Respectfully submitted,

**Counsel for the Slocumb Law Firm:**

 /s/
Scott M. Speagle
WEBSTER, HENRY, LYONS, WHITE
BRADWELL, & BLACK, P.C.
Post Office Box 239
Montgomery, Alabama 36101-0116
Telephone: (334)264-9472
Facsimile: (334) 264-9599
Email: scott@websterhenry.com

**Counsel for Roeser & Whitlock:**

  /s/
Matthew G. Kaiser
D.C. Bar Number 486272
The Kaiser Law Firm PLLC
910 17th Street NW Suite 800
Washington, DC 20006
(202) 640-2850

                                      (202) 280-1034 (facsimile)
                                      mkaiser@thekaiserlawfirm.com

                                      _____
                                      DEBRA A. SALTZ
                                      D.C. Bar Number 490406
                                      Law Offices of Debra A. Saltz
                                      6301 Ivy Lane, Suite 419
                                      Greenbelt, Maryland  20770
                                      Phone: (301) 220-2440
                                      Fax: (301) 220-3547
                                      debra@debrasaltz.com

March 16, 2012

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 16th day of March, 2012, I filed the foregoing with the Court's CM/ECF system, thereby causing it to be sent to all counsel of record for this case.

            __/s/_____
            Scott M. Speagle