IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SLOCUMB LAW FIRM, LLC, | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. 11-CV-1806 EGS |
| | ) | |
| ZEKE J. ROESER, et al., | ) | |
| Defendants. | ) | |
| | ) | |

**CONSENT MOTION TO RELEASE FUNDS IN THE
COURT'S REGISTRY TO THE SLOCUMB LAW FIRM**

The parties have resolved this case through a settlement agreement. Filed today is a Stipulation of Dismissal with Prejudice both the claims of the Plaintiff and counterclaims of the Defendants.

A part of the settlement between the parties contemplates that the funds held in the Court's Registry would be released to the Plaintiff.

Accordingly, counsel for Roeser & Whitlock request that the Court release these funds to the Slocumb Law Firm prior to dismissing the case with prejudice. Counsel for the Slocumb Law Firm consents to this request.

Respectfully submitted,

__/s/_____
DEBRA A. SALTZ
D.C. Bar Number 490406
Law Offices of Debra A. Saltz
6301 Ivy Lane, Suite 419
Greenbelt, Maryland  20770
Phone: (301) 220-2440
Fax: (301) 220-3547
debra@debrasaltz.com

                                                                        /s/_____
Matthew G. Kaiser
D.C. Bar Number 486272
The Kaiser Law Firm PLLC
910 17th Street NW Suite 800
Washington, DC 20006
(202) 640-2850
(202) 280-1034 (facsimile)
mkaiser@thekaiserlawfirm.com

April 5, 2012

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 5th day of April, 2012, I filed the foregoing with the Court's CM/ECF system, thereby causing it to be sent to all counsel of record for this case.

                                                                  /s/  
                                            Matthew G. Kaiser

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SLOCUMB LAW FIRM, LLC, )<br>   Plaintiff      )<br>             )<br>   v.           )<br>             )<br>ZEKE J. ROESER, et al.,   )<br>   Defendants.    )<br>             ) | Case No. 11-CV-1806 EGS |

**PROPOSED ORDER**

Roeser & Whitlock's Consent Motion to Release the Funds in the Court's Registry to the Slocumb Law Firm, having been read and considered, it is this _____ day of _____, 2012, hereby;

ORDERED, that the Consent Motion to Release the Funds in the Court's Registry to the Slocumb Law Firm is granted; AND

The Clerk's Office shall release the funds held in the Court's Registry in connection with this case to the Slocumb Law Firm, to the care of its counsel of record, Scott M. Speagle.

                     _____
                     United States District Judge
                     Emmet G. Sullivan