UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SLOCUMB LAW FIRM, LLC,           )
                                 )
          Plaintiff,             )
                                 )  Civil Action No. 11-1806 (EGS)
     v.                          )
                                 )
ZEKE ROESER, ET AL.,             )
                                 )
          Defendant.             )

**REGISTRY DISBURSEMENT ORDER**

The Clerk of Court is hereby directed to release the funds held in the Court's Registry in this case in the amount of $188,920.28, plus interest, to the Slocumb Law Firm, care of its counsel of record, Scott Speagle.

**SO ORDERED.**

5/11/12

Signed:   Emmet G. Sullivan
          United States District Judge
          May 7, 2012